

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2016

No. 04-16-00260-CV

Mario **MAURICIO**,
Appellant

v.

Sorayda **CERVANTES**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-07395
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Appellant's unopposed motion for extension of time to file reply brief is hereby GRANTED. Time is extended to December 9, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2016.

_____
Keith E. Hottle
Clerk of Court